IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KERRY INMAN, on behalf of herself )
and all other persons similarly situated )
) No. 3-07-1109
v. )
)
INTERACTIVE MEDIA MARKETING, )
INC.; and SMILEY MILEY, INC. )

O R D E R

By order entered January 10, 2008 (Docket Entry No. 40), a hearing was scheduled on March 25, 2008, to address any disputes relating to written discovery. The order further provided that, if there are no disputes and otherwise no need to have a hearing, counsel were to advise the court and the March 25, 2008, hearing would be cancelled.

On March 24, 2008, counsel for the parties called the Court and advised that there were no discovery disputes and no other need for the March 25, 2008, hearing.

Therefore, the March 25, 2008, hearing was CANCELLED.

As a housekeeping matter, the Court notes that the defendants have not filed a response to the plaintiff's amended complaint (Docket Entry No. 43). Therefore, so that the case will technically be at issue, the defendants shall file a response to the complaint by April 25, 2008.

The deadlines provided in the order entered January 10, 2008 (Docket Entry No. 40) remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge